THEODORE GRIFFIN, Respondent, *v.* SWINBURNE HALE, Appellant.

*Contract — specific performance — letters constituting contract for purchase of real property — when specific performance decreed.*

*Griffin* v. *Hale*, 202 App. Div. 731, affirmed.

(Argued January 10, 1923; decided January 30, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract to purchase real property. The alleged contract consisted of two letters, one from plaintiff's agent to defendant and the defendant's reply thereto. The trial court found that the two letters made a complete contract and decreed specific performance. The modification by the Appellate Division directed payment of interest upon the unpaid purchase money.

*Murray C. Bernays* for appellant.

*C. W. Ticknor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

LAURENCE H. ATKINSON, Appellant, *v.* FISKE BROTHERS REFINING COMPANY, Respondent.

*Contract — master and servant — action to recover for alleged wrongful discharge — term of employment.*

*Atkinson* v. *Fiske Bros. Refining Co.*, 201 App. Div. 859, affirmed.

(Argued January 11, 1923; decided January 30, 1923.)

APPEAL from a judgment of the Appellate Division in the Supreme Court in the second judicial department, entered March 18, 1922, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover upon an alleged contract of employment, plaintiff claiming wrongful discharge. The question at issue was